# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHELLE MARTINKO ) | Case No. 1:21-cv-00276 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE PATRICIA A. GAUGHAN |
| v. ) | |
| ) | |
| LORI'S GIFTS, INC., *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

So Ordered.
/s/ Patricia A. Gaughan
10/19/21

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice, pursuant to Fed Civ. R. 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

Dated this 15th day of October, 2021.

*/s/Chris P. Wido*
Chris P. Wido (009044)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:   (216) 291-5744
Email: Chris.Wido@spitzlawfirm.com

*Counsel for Plaintiff Michelle Martinko*

*/s/ Vincent J. Tersigni*
Vincent J. Tersigni (#0040222)
Richard L. Hilbrich (#0092143)
JACKSON LEWIS, P.C
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH 44131
Tel.: (216) 750-0404
Fax: (216) 750-0826
Vincent.Tersigni@JacksonLewis.com
Richard.Hilbrich@JacksonLewis.com

*Counsel for Defendants,*
*Lori's Gifts, Inc., and Michelle Bailey*